# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00725-CV

**Kenneth Michie, Appellant**

**v.**

**Glynn C. Turquand; Walters & Turquand, L.L.P.; and Sarah Bartholomew, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-06-004156, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Kenneth Michie has filed an unopposed motion to dismiss this appeal.

Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   May 31, 2007